**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRINDON DIXON                                                                                          PLAINTIFF

v.                                        NO. 4:14CV00295 JLH

ARKANSAS DEPARTMENT OF
HUMAN SERVICES; and TINA FRANKS,
in her individual and official capacity as
supervisor of plaintiff                                                                           DEFENDANTS

## ORDER

Brindon Dixon commenced this action by filing a *pro se* complaint against the Arkansas Department of Human Services and Tina Franks under Title VII of the Civil Rights Act of 1964. The Arkansas Department of Human Services filed a motion to dismiss the *pro se* complaint or, in the alternative, for a more definite statement. Court-appointed counsel has now filed an amended complaint. The motion to dismiss the *pro se* complaint is therefore denied as moot without prejudice to the right of the defendants to file a subsequent motion to dismiss the amended complaint. Document #10.

IT IS SO ORDERED this 30th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE