IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRINDON DIXON                                                                                           PLAINTIFF

v.                                          NO. 4:14CV00295 JLH

ARKANSAS DEPARTMENT OF
HUMAN SERVICES; and TINA FRANKS,
in her individual and official capacity as
supervisor of plaintiff                                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered on October 9, 2014, this action is dismissed without prejudice.

IT IS SO ORDERED this 12th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE